EXHIBIT A

IN THE CIRCUIT COURT OF OHIO COUNTY, WEST VIRGINIA

DOUGLAS RODGERS and WILLIAM RODGERS,

Plaintiffs,

vs.

Southwestern Energy Company, Southwestern Energy, Southwestern Energy Production Company, Chesapeake Appalachia, L.L.C., and Chesapeake Energy Corporation.

Defendants.

CIVIL ACTION NO.: 16-C-81

## PLAINTIFFS' COMPLAINT

Now comes the plaintiffs by and through their undersigned counsel, Mark A. Kepple, Esquire, and the law firm of Bailey & Wyant, P.L.L.C. and for their Complaint state and allege as follows:

1. The plaintiff, Douglas Rodgers, is a resident of Ohio County, West Virginia and owner of certain oil and gas interest in Ohio County, West Virginia.

2. The plaintiff, William Rodgers, is a resident of Ohio County, West Virginia and owner of certain oil and gas interest in Ohio County, West Virginia.

3. Southwestern Energy Company is a foreign corporation that is a citizen domiciled in the State of Texas and having its principal place of business located in Texas. The State of Texas is where the Southwestern Energy Company's officers direct, control, and coordinate the corporation's activities. The State of Texas is the place where the corporation maintains its



1

headquarters and is the actual center of direction, control, and coordination, *i.e.*, the 'nerve center,' and not simply an office where the corporation holds its board meetings.

4. Southwestern Energy Services Company is a foreign corporation that is a citizen domiciled in the State of Texas and having its principal place of business located in Texas. The State of Texas is where the Southwestern Energy Services Company's officers direct, control, and coordinate the corporation's activities. The State of Texas is the place where the corporation maintains its headquarters and is the actual center of direction, control, and coordination, i.e., the 'nerve center,' and not simply an office where the corporation holds its board meetings.

5. Southwestern Energy Production Company (SEPCO) is a foreign corporation that is a citizen domiciled in the State of Texas and having its principal place of business located in Texas. The State of Texas is where the Southwestern Energy Production Company's officers direct, control, and coordinate the corporation's activities. The State of Texas is the place where the corporation maintains its headquarters and is the actual center of direction, control, and coordination, i.e., the 'nerve center,' and not simply an office where the corporation holds its board meetings.

6. Chesapeake Appalachia, LLC is a West Virginia limited liability company doing business in Ohio County, West Virginia, hereinafter referred to as "Chesapeake"

7. Chesapeake Energy Corporation does business in Ohio County, West Virginia, hereinafter referred to as "Chesapeake".

8. Chesapeake Energy Corporation does business in Ohio County, West Virginia.

9. Chesapeake Appalachia, LLC does business in Ohio County, West Virginia.

10. SWN took over the Chesapeake operations that involved the plaintiffs.

11. Jurisdiction and venue in Ohio County, West Virginia is appropriate.


Bailey
& Wyant

2

12. William and Douglas Rodgers have leased their oil and gas interest to Chesapeake and its successor, Southwestern (SWN) the consideration for the leases contains certain terms regarding the percentage payment and method of payment.

13. The Defendants have not and are not paying the lease payments correctly, resulting in a loss of revenue for Douglas and William Rodgers.

14. Based upon information and belief, the royalty payments are being paid on a basis of a lesser percentage on the net when it should be paid 18% on the gross without cost and fees deducted. Such failure has been brought to the attention of the Defendants by letter and the Defendants have not taken action to correct this error.

15. The failure to correct this error has resulted in the Plaintiffs retaining an attorney and bringing suit.

16. The plaintiffs are entitled to an award of the difference between the lesser percentage of the net and the 18% gross distribution of their royalty payments.

17. The lease between the parties contemplates arbitration only in the event of an agreement. In this setting, the Plaintiff's do not agree to arbitration and any such request is denied. The plaintiffs would agree to a mediation.

18. As a direct and proximate result of the conduct of the Defendants, the plaintiffs have lost substantial revenues from their oil and gas interests.

19. The plaintiffs are entitled to a recovery of these amounts, plus interest, attorney's fees, and all other costs.

### Count I – Breach of Contract/ Breach of Lease


Bailey & Wyant

The plaintiffs restate and re-allege the preceding allegations of plaintiff's complaint as if restated fully herein.

3

20. The plaintiffs and defendants had a contract and lease to pay mineral royalties stemming from the leases attached hereto and incorporated herein.

21. Upon information and belief, the defendants have produced natural gas and liquids from the plaintiff's property. No payment, division order, or other indicia that any monetary consideration meeting the requirements of the lease will be exchanged has occurred.

22. The failure to pay the plaintiffs is a breach of the contract.

23. The failure to pay for the natural gas and liquids taken from plaintiff's property is a breach of contract and has caused damage to these plaintiffs.

### Count II – Conversion

The plaintiffs restate and re-allege the preceding allegations of plaintiff's complaint as if restated fully herein.

24. The defendants have willfully interfered with the plaintiff's mineral rights.

25. As a direct and proximate result of the defendants' conduct herein, the plaintiffs have been deprived of their property and suffered damages due to such conduct.

26. As a direct and proximate result of the defendants' conduct, they have taken control over the plaintiff's property and converted it to their use in a manner contrary to law.

### Count III – Breach of Covenant of Good Faith and Fair Dealing

The plaintiffs restate and re-allege the preceding paragraphs as if restated herein

27. There is an implied covenant of Good Faith and Fair Dealing between these defendants and the plaintiffs.

28. The parties had a contractual relationship with each other.

29. The defendants had a duty and legal responsibility to represent facts, positions, and offers reasonably, honestly and fairly to these plaintiffs.


Bailey & Wyant

4

30. The defendants had a duty and legal responsibility to honor their agreement with the plaintiffs and agree upon terms for royalty percentage.

31. The defendants breached their covenant of good faith and fair dealing by failing to honor the agreement as described herein.

32. As a direct and proximate result of the conduct alleged herein the defendants caused plaintiffs to sustain damages.

33. The plaintiffs suffered damages.

### Count VI- Failure to maintain/diminution in property value

The plaintiffs restate and re-allege the preceding allegations as if restated fully herein.

34. The defendants have a duty to maintain the infrastructure they have installed on plaintiffs property. Additionally, the defendants have a duty to confine their operations to the right of way. In addition to exceeding the bounds of the right of way, the defendants have also failed to have proper upkeep of the plaintiff's property. For example, the tanks that once were neatly painted are now peeling and fading and look terrible.

35. The defendant's area of impact takes up more space than what was originally agreed.

36. The defendants should have to pay for the increased area they are using.

37. The defendants should take care of the infrastructure that is on the property so that it looks nicer.

38. The failure to maintain has caused diminution in the plaintiff's property values.

39. The defendants failure to limit their activities to the areas subject to their right of way have caused damage to the plaintiffs and have caused them to experience a diminution in property values.


Bailey
&Wyant

5

## Count V - Damages

The plaintiffs restate and re-allege the preceding allegations as if restated fully herein.

40. The conduct, actions, and inactions described above reflect a breach of a legal responsibility to the plaintiffs that caused damages.

41. Plaintiffs are entitled to an award of attorney's fees and costs.

42. Plaintiffs are entitled to the market value of all liquids and gasses according to the lease.

43. Plaintiffs are entitled to compensatory and punitive damages for breach of fiduciary duty.

44. Plaintiffs are entitled to compensatory and punitive damages for breach of implied covenant of good faith and fair dealing and breach of fiduciary duty.

45. Plaintiffs are entitled to compensatory damages for breach of contract and breach of lease.

46. Plaintiffs are entitled to compensatory and punitive damages for trespass.

47. Plaintiffs are entitled to compensatory and punitive damages for defendants' conversion of their property.

48. Plaintiffs are entitled to general damages, lost profits, annoyance and inconvenience, and any other damages awardable by law.

49. Plaintiffs are entitled to proceed with this civil action without arbitration.

WHEREFORE, the Plaintiffs respectfully request that this Court award the Plaintiffs damages to compensate them for the wrongfully withheld payments and for all other further reliefs this Court deems appropriate.


Bailey
&Wyant

THE PLAINTIFFS DEMAND A TRIAL BY JURY OF ALL ISSUES AND DAMAGES.

DOUGLAS RODGERS AND
WILLIAM RODGERS
By Counsel.

_____
Mark A. Kepple, Esq.
WV Bar Id. 7470
Bailey & Wyant, P.L.L.C.
1219 Chapline Street
Wheeling, WV 26003
Phone: (304) 233-3100
Fax: (304) 233-0201
mkepple@baileywyant.com


Bailey & Wyant

7

IN THE CIRCUIT COURT OF _____OHIO_____ COUNTY, WEST VIRGINIA

## CIVIL CASE INFORMATION STATEMENT
(Civil Cases Other than Domestic Relations)

**I. CASE STYLE:**

Case No. 16-C-81
Judge: Cuomo

**Plaintiff(s)**
DOUGLAS RODGERS
WILLIAM RODGERS

vs.

**Defendant(s)**
SOUTHWESTERN ENERGY COMPANY
Name
10000 ENERGY DRIVE
Street Address
SPRING, TX 77389
City, State, Zip Code

Days to Answer: 30
Type of Service: CERTIFIED MAIL

**II. TYPE OF CASE:**

- [✓] General Civil
- [ ] Mass Litigation *[As defined in T.C.R. 26.04(a)]*
  - [ ] Asbestos
  - [ ] FELA Asbestos
  - [ ] Other: _____
- [ ] Habeas Corpus/Other Extraordinary Writ
- [ ] Other: _____

- [ ] Adoption
- [ ] Administrative Agency Appeal
- [ ] Civil Appeal from Magistrate Court
- [ ] Miscellaneous Civil Petition
- [ ] Mental Hygiene
- [ ] Guardianship
- [ ] Medical Malpractice

**III. JURY DEMAND:** [✓] Yes [ ] No  CASE WILL BE READY FOR TRIAL BY (Month/Year): ___/___

**IV. DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS?**

[ ] Yes [✓] No

IF YES, PLEASE SPECIFY:
- [ ] Wheelchair accessible hearing room and other facilites
- [ ] Reader or other auxiliary aid for the visually impaired
- [ ] Interpreter or other auxiliary aid for the deaf and hard of hearing
- [ ] Spokesperson or other auxiliary aid for the speech impaired
- [ ] Foreign language interpreter-specify language: _____
- [ ] Other: _____

Attorney Name: MARK A. KEPPLE, ESQ.
Firm: BAILEY & WYANT, P.L.L.C.
Address: 1219 CHAPLINE STREET
Telephone: (304) 233-3100
[ ] Proceeding Without an Attorney

Representing:
- [✓] Plaintiff
- [ ] Defendant
- [ ] Cross-Defendant
- [ ] Cross-Complainant
- [ ] 3rd-Party Plaintiff
- [ ] 3rd-Party Defendant

Original and __5__ copies of complaint enclosed/attached.

Dated: 03 / 08 / 2016    Signature: _____

SCA-C-100: Civil Case Information Statement (Other than Domestic Relations)    Revision Date: 12/2015

Plaintiff: DOUGLAS RODGERS           , et al    Case Number:
vs.
Defendant: SOUTHWESTERN ENERGY COMPANY   , et al

## CIVIL CASE INFORMATION STATEMENT
## DEFENDANT(S) CONTINUATION PAGE

SOUTHWESTERN ENERGY
Defendant's Name

1000 ENERGY DRIVE                Days to Answer:  30
Street Address

SPRING, TX 77389                 Type of Service: CERTIFIED MAIL
City, State, Zip Code

---

SOUTHWESTERN ENERGY PRODUCTION CO
Defendant's Name

1000 ENERGY DRIVE                Days to Answer:  30
Street Address

SPRING, TX 77389                 Type of Service: CERTIFIED MAIL
City, State, Zip Code

---

CHESAPEAKE APPALACHIA, L.L.C.
Defendant's Name

5400 D BIG TYLER ROAD            Days to Answer:  30
Street Address

CHARLESTON, WV 25313             Type of Service: CERTIFIED MAIL
City, State, Zip Code

---

CHESAPEAKE ENERGY CORPORATION
Defendant's Name

5400 D BIG TYLER ROAD            Days to Answer:  30
Street Address

CHARLESTON, WV 25313             Type of Service: CERTIFIED MAIL
City, State, Zip Code

---

Defendant's Name

                                 Days to Answer:
Street Address

                                 Type of Service:
City, State, Zip Code

---

Defendant's Name

                                 Days to Answer:
Street Address

                                 Type of Service:
City, State, Zip Code

---

Defendant's Name

                                 Days to Answer:
Street Address

                                 Type of Service:
City, State, Zip Code

SCA-C-100: Civil Case Information Statement-Defendant(s) Continuation Page           Revision Date: 12/2015

*SUMMONS*
IN THE CIRCUIT COURT OF OHIO COUNTY, WEST VIRGINIA

CIVIL CASE NO.16-C-81

DOUGLAS RODGERS AND
WILLIAM RODGERS

VS.

SOUTHWESTERN ENERGY COMPANY
10000 ENERGY DRIVE
SPRING, TX 77389

SOUTHWESTERN ENERGY
1000 ENERGY DRIVE
SPRING, TX 77389

SOUTHWESTERN ENERGY PRODUCTION CO
1000 ENERGY DRIVE
SPRING, TX 77389

CHESAPEAKE APPALACHIA, LLC
5400 D BIG TYLER ROAD
CHARLESTON, WV 25313

CHSAPEAKE ENERGY CORPORATION
5400 D BIG TYLER ROAD
CHARLESTON, WV 25313

*TO THE ABOVE NAMED DEFENDANT(S):*

IN THE NAME OF THE STATE OF WEST VIRGINIA, YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON MARK A KEPPLE, ESQUIRE WHOSE ADDRESS IS BAILEY & WYANT, P.L.L.C. 1219 CHAPLINE STREET, WHEELING, WV 26003, AN ANSWER, INCLUDING ANY RELATED COUNTERCLAIM YOU MAY HAVE TO THE COMPLAINT FILED AGAINST YOU IN THE ABOVE STYLED CIVIL ACTION, A TRUE COPY OF WHICH IS HEREWITH DELIVERED TO YOU. YOU ARE REQUIRED TO SERVE YOUR ANSWER WITHIN **30** DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU, EXCLUSIVE OF THE DAY OF SERVICE. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT AND YOU WILL THEREAFTER BE BARRED FROM ASSERTING IN ANOTHER ACTION ANY CLAIM YOU MAY HAVE WHICH MUST BE ASSERTED BY COUNTERCLAIM IN THE ABOVE STYLED CIVIL ACTION.

March 16, 2016

BRENDA L. MILLER
CLERK OF COURT

BY: _____
DEPUTY CLERK

**Receipt 1:**
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7015 3010 0001 3481 5562

Sent 3-16-16
Sent To: CHESAPEAKE ENERGY CORPORATION
Street and Apt.: 5400 D BIG TYLER ROAD
City, State, ZIP: CHARLESTON, WV 25313
16-C-81

PS Form 3800, April 2015 PSN 7530-02-000-9047

**Receipt 2:**
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7015 3010 0001 3481 5524

Sent 3-16-16
Sent To: SOUTHWESTERN ENERGY CO
Street and Apt.: 10000 ENERGY DRIVE
City, State, ZIP: SPRING, TX 77389
16-C-81

PS Form 3800, April 2015 PSN 7530-02-000-9047

**Receipt 3:**
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7015 3010 0001 3481 5555

Sent 3-16-16
Sent To: SOUTHWESTERN ENERGY PRODUCTION CO
Street and Apt.: 1000 ENERGY DRIVE
City, State, ZIP: SPRING, TX 77389
16-C-81

PS Form 3800, April 2015 PSN 7530-02-000-9047

**Receipt 4:**
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7015 3010 0001 3481 5531

Sent 3-16-16
Sent To: SOUTHWESTERN ENERGY
Street and Apt.: 1000 ENERGY DRIVE
City, State, ZIP: SPRING, TX 77389
16-C-81

PS Form 3800, April 2015 PSN 7530-02-000-9047

**Receipt 5:**
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7015 3010 0001 3481 5548

Sent 3-16-16
Sent To: CHESAPEAKE APPALACHIA, LLC
Street and Apt.: 5400 D BIG TYLER ROAD
City, State, ZIP: CHARLESTON, WV 25313
16-C-81

PS Form 3800, April 2015 PSN 7530-02-000-9047

[Circuit Court stamp: 2016 MAR 16 AM 9:35]

OFFICE OF THE CIRCUIT CLERK

OHIO
1500 CHAPLINE ST.
WHEELING

RECEIPT #: 85559

RECEIVED FROM: BAILEY & WYANT

DATE RECEIVED: 03/16/2016

TOTAL: $300.00

STYLE OF CASE
    DOUGLAS RODGERS
      VS.
    SOUTHWESTERN ENERGY COMPANY

IN PAYMENT OF FILING, 5 CM SERVICES
BY Check 2361

CASE #: 16-C-81

BRENDA L MILLER
CLERK OF THE CIRCUIT COURT

BY _____