IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DOUGLAS RODGERS and WILLIAM
RODGERS,

      Plaintiffs,

v.

SOUTHWESTERN ENERGY COMPANY,
SOUTHWESTERN ENERGY, SOUTHWESTERN
ENERGY PRODUCTION COMPANY,
CHESAPEAKE APPALACHIA, L.L.C., and
CHESAPEAKE ENERGY CORPORATION,

      Defendants.

Civil Action No. 5:16-CV-54 (Bailey)
(Removal from Circuit Court
of Ohio County,
Civil Action No. 16-C-81)

## AGREED ORDER OF DISMISSAL

Previously the Court was notified of a pending resolution of the claims between Plaintiffs and Defendants Southwestern Energy Company, Southwestern Energy, and Southwestern Energy Production Company. As evidenced by the signatures of counsel below, that resolution has become final. Therefore, the parties jointly request that the complaint against Defendants Southwestern Energy Company, Southwestern Energy, and Southwestern Energy Production Company be dismissed with prejudice, with each side to bear his or its own costs and fees.

Accordingly, the Complaint is hereby dismissed with prejudice against Defendants Southwestern Energy Company, Southwestern Energy, and Southwestern Energy Production Company, with each side to bear his or its own costs and fees.

This Order has no effect on Plaintiffs' claims against Chesapeake Appalachia, L.L.C. and Chesapeake Energy Corporation remaining in this case. This case will remain on the Court's docket for litigation of any and all remaining claims.

It is so ORDERED.

The Clerk is DIRECTED to transmit copies of this Order to all counsel of record.

DATED: __1-9-2017__

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

JOINTLY SUBMITTED BY:

/s/ Kristen Andrews Wilson
Kristen Andrews Wilson (WV Bar #11342)
Steptoe & Johnson PLLC
1233 Main Street, Suite 3000
P.O. Box 751
Wheeling, WV 26003-0751
Telephone (304) 233-0000

*Counsel for Southwestern Energy Company, Southwestern Energy, and Southwestern Energy Production Company*

/s/ Mark A. Kepple
Mark A. Kepple, Esq. (WV Bar #7470)
Bailey & Wyant, PLLC
1219 Chapline Street
Wheeling, WV 26003
Telephone (304) 233-0201

*Counsel for Plaintiffs*